Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward,CA 94545-1541
(510) 266- 5580
13trustee@oak13.com

TRUSTEE FOR DEBTOR(S)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re
  Oswaldo P Cruz

                debtor(s)

Chapter 13 Case No. 10-44437-LT 13

---

**CHAPTER 13 TRUSTEE'S STATEMENT OF INVESTIGATION**

---

      The office of Martha G. Bronitsky, Chapter 13 Trustee, hereby submits this

Statement of Investigation of the financial affairs of the debtor(s) pursuant to 11 U.S.C.

1302(c).

      The Meeting of Creditors was held on Thursday, June 24, 2010 wherein an

examination of the debtor(s) business was performed.  The examination and the review of

this business case consisted of a review of the following documentation, when and if

applicable:


      > Business Case Questionnaire

      > Evidence of Insurance

      > Business Bank Statements

      > Profit and Loss Statement

      > Business License/Permit

      > Business Taxes

| | |
|---|---|
| 1 | The debtor(s) has provided all business documentation that is pertinent to the business. |
| 2 | This report is for information purposes only, and is not an exhaustive financial analysis of |
| 3 | the debtor(s) business.  Parties desiring furhter information should consult debtor(s) |
| 4 | counsel. No irregularities haveing been found the Trustee has no opposition to the |
| 5 | confirmation of this Chapter 13 Plan. |
| 6 | |

Date: June 25, 2010

/s/ Martha G. Bronitsky
_____
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee