| | |
|---|---|
| 1 | Arturo E. Matthews, Jr. (SBN #145232)<br>**BURNETT & MATTHEWS LLP** |
| 2 | 4675 MacArthur Court, Suite 1540<br>Newport Beach, California 92660 |
| 3 | Telephone: (949) 975-1980<br>Facsimile: (949) 975-1988 |
| 4 | |
| 5 | Attorneys for Movant ONEWEST BANK, FSB |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No: 10-44437-LJT |
| | ) | |
| OSWALDO P. CRUZ, | ) | DC No. AEM- 2 |
| | ) | |
| Debtor(s), | ) | CHAPTER 13 |
| | ) | |
| | ) | DECLARATION OF BRIAN BURNETT |
| ONEWEST BANK, FSB, | ) | IN SUPPORT OF MOTION FOR |
| | ) | RELIEF FROM AUTOMATIC STAY |
| Movant, | ) | AND FROM THE CO-DEBTOR STAY |
| v. | ) | |
| | ) | |
| OSWALDO P. CRUZ, Debtor; FLORENDA C. | ) | Date: August 6, 2010 |
| CRUZ, Co-Debtor; MARTHA G. BRONITSKY, | ) | Time: 11:00 a.m. |
| Chapter 13 Trustee; | ) | Ctrm: 201 |
| | ) | |
| Respondents. | ) | |

**DECLARATION OF BRIAN BURNETT**

I, BRIAN BURNETT, declare and say as follows:

1. I am over eighteen (18) years of age and a citizen of the United States of America. I make this Declaration based upon the facts, all of which are within my personal knowledge. If called upon as a witness, I could and would competently testify thereto.

2. I am employed as an Assistant Vice President by OneWest Bank, FSB ("Movant"). I have access to and have reviewed Movant's business records as they relate to the subject Note and Deed of Trust referenced below and I am familiar with the manner in which those records are compiled. I make this Declaration based upon the following facts, all of which are within my personal knowledge. If called as a witness I could and would competently testify thereto.

3. Movant's records reflect that Debtor Oswaldo P Cruz and Co-Debtor

Florenda C. Cruz made, executed and delivered a Promissory Note ("Note") dated December 7, 2005, in the original principal sum of $359,920.00 (the "Note"). The Note is secured by a duly perfected Deed of Trust of even date over that real property located at 7716 W Mesa Verde Lane, Las Vegas, NV 89113 (the "Subject Property"). The Subject Property is legally described in the Deed of Trust. A true and correct copy of the Note and Deed of Trust are attached hereto as Exhibits "A" and "B" respectively and incorporated herein by reference.

4. The Note and Deed of Trust were subsequently assigned to Movant. A true and correct copy of the Assignment is attached hereto as Exhibit "C" and incorporated herein by reference.

5. Pursuant to the terms and conditions of the Note and Deed of Trust, the Debtor and Co-Debtor are obligated to make monthly payments on the first day of each month.

6. On or about May 1, 2009, a default occurred under the terms and conditions of the Note and Deed of Trust in that the Debtors failed to make the contractual payment then due. No post-petition payments have been made by the Debtor. Debtors are in default on three post-payments (May 2010 through July 2010), totaling $5,811.20. The amount of the current monthly installment payment is $1,874.58.

7. A post-petition account statement is attached hereto and marked as Exhibit "D" and incorporated herein by reference.

8. As of July 7, 2010, the following was due under the subject loan:

| | |
|---|---|
| Principal Balance | $359,920.00 |
| Interest Due | $28,488.48 |
| Late Charges | $1,124.76 |
| Total Costs | $8,297.00 |
| **Total Due** | **$397,830.24** |

A true and correct copy of a payoff screenprint generated by OWB is attached hereto as Exhibit "E" and incorporated herein by reference.

9. According to Debtor's Schedule A filed with the Court, the fair market value of the Subject Property is $342,000.00. A true and correct copy of Debtor's Schedule A is attached

1 hereto as Exhibit "F" and incorporated herein by this reference.

2     10.    The total due to Movant under the Subject Note and Deed of Trust is $397,830.24.

4     11.    A Notice of Default has recorded on August 19, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of July, 2010 at Austin, Texas.

          /s/Brian Burnett
          BRIAN BURNETT
          Assistant Vice President, OneWest Bank, FSB