Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
24301 Southland Dr. #200
Hayward, Ca 94540-5004
Telephone: (510) 266-5580
Fax:(510) 266-5589

FILED
APR 2 0 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RECEIVED
APR 2 8 2011
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: OSWALDO P. CRUZ<br><br>Debtor(s) | Case No: 10-44437 RLE 13<br><br>Chapter 13<br><br>**NOTICE OF UNCLAIMED DIVIDENDS** |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $1.00 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 10-44437RLE13 | OSWALDO P. CRUZ<br>4211 QUEEN ANN DR.<br>UNION CITY, CA 94581 | $ DEBTOR | $ 1.00 |
| | Total Unclaimed Dividends | | $ 1.00 |

Dated: April 18, 2011

Martha G. Bronitsky, Chapter 13 Trustee